MICHELLE A. CHILDERS (SBN #197064)
michelle.childers@dbr.com
MICHAEL P. PULLIAM (SBN #215435)
michael.pulliam@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:   (415) 591-7510

Attorneys for Defendants
DePUY ORTHOPAEDICS, INC., DePUY,
INC., and JOHNSON & JOHNSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ZOE M. MOSKO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DePUY ORTHOPAEDICS, INC.,<br>DePUY, INC., and JOHNSON &<br>JOHNSON and DOES ONE through<br>ONE HUNDRED,<br><br>　　　　　　Defendants. | Case No. 3:09-cv-01993-MHP<br><br>**JOINT STIPULATION DISMISSING DEPUY, INC. AND JOHNSON & JOHNSON WITHOUT PREJUDICE** |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION DISMISSING DEPUY, INC.
AND J&J WITHOUT PREJUDICE
SF01/645598.1

CASE NO. 3:09-cv-01993-MHP

Pursuant to Federal Rule of Civil Procedure 41(a)(ii), the parties hereby jointly stipulate to the voluntary dismissal of DePuy, Inc. and Johnson & Johnson from this action, without prejudice and with each party to bear its own costs and attorneys' fees.

Now, therefore, the parties **HEREBY STIPULATE AND AGREE TO THE FOLLOWING:**

1. Plaintiff Zoe M. Mosko's complaint is hereby dismissed without prejudice as to DePuy, Inc. and Johnson & Johnson and with each party to bear its own costs and attorneys' fees.

DATED: 7/20/09

---

Spencer Pahlke, Esq.
Walkup, Melodia, Kelly & Schoenberger
650 California Street, 26th Floor
San Francisco, CA 94108
Attorneys for Plaintiff Zoe Mosko

Michelle A. Childers, Esq.
Drinker Biddle & Reath LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105
Attorneys for Defendants DePuy Orthopaedics, Inc., DePuy, Inc., and Johnson & Johnson



IT IS SO ORDERED
Judge Marilyn H. Patel

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION DISMISSING DEPUY, INC. AND J&J WITHOUT PREJUDICE
SF01/645598.1

- 2 -

CASE NO. 3:09-CV-019993-MHP