UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Zoe M. Mosko,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DePUY ORTHOPAEDICS, INC. and DOES ONE through ONE HUNDRED,<br><br>　　　　Defendants. | Case No. 3:09-cv-01993-MHP<br><br>**STIPULATED ORDER EXTENDING MEDIATION DEADLINE AND** ~~**PROPOSED**~~ **ORDER**<br><br>Judge:　　Hon. Marilyn H. Patel |

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

**Whereas** the Court set a mediation deadline of December 20, 2009, and invited the parties to jointly request an extension within which this case must be mediated by stipulation, if needed;

**Whereas** the parties have mutually agreed to use Craig Needham as their mediator and have scheduled the mediation for February 12, ~~2009~~. 2010.

///

///

///

///

///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED ORDER EXTENDING MEDIATION DEADLINE
SF01/665060.1

CASE NO. 3:09-CV-01993-MHP

Accordingly, plaintiff, Zoe M. Mosko and defendant DePuy Orthopaedics, Inc. hereby stipulate and jointly request that the deadline within which mediation be completed be extended to accommodate this mediation date.

**SO STIPULATED.**

| Walkup, Melodia, Kelly & Schoenberger | Drinker Biddle & Reath LLP |
|---|---|
| /s/ Spencer Pahlke<br>Spencer Pahlke, Esq.<br>Walkup, Melodia, Kelly & Schoenberger<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br><br>Attorneys for Plaintiff Zoe Mosko<br><br>Dated: December 18, 2009 | /s/ Michelle A. Childers<br>Michelle A. Childers, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br><br>Attorneys for Defendant DePuy Orthopaedics, Inc.<br><br>Dated: December 18, 2009 |

**GOOD CAUSE SHOW, IT IS HEREBY ORDERED:**

The deadline within which the parties to the above-captioned case must be complete mediation has been extended to allow a **February 12, 2010** mediation, or soon thereafter, as necessary to accommodate schedules. .

DATED: 1/4/2010

Honorable Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel