1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Zoe M. Mosko,<br><br>          Plaintiff,<br><br>     v.<br><br>DePUY ORTHOPAEDICS, INC. and DOES ONE through ONE HUNDRED,<br><br>          Defendants. | Case No. 3:09-cv-01993-MHP<br><br>**STIPULATED ORDER EXTENDING MEDIATION DEADLINE AND ~~PROPOSED~~ ORDER**<br><br>Judge:     Hon. Marilyn H. Patel |

**THE PARTIES HEREBY STIPULATE AS FOLLOWS:**

**Whereas** the Court set a mediation deadline of December 20, 2009, and invited the parties to jointly request an extension within which this case must be mediated by stipulation, if needed;

**Whereas** the parties have mutually agreed to use Craig Needham as their mediator and have scheduled the mediation for February 12, ~~2009~~. 2010.

///
///
///
///
///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED ORDER EXTENDING MEDIATION DEADLINE
SF01/ 665060.1

CASE NO. 3:09-CV-01993-MHP

1  Accordingly, plaintiff, Zoe M. Mosko and defendant DePuy Orthopaedics, Inc. hereby stipulate and jointly request that the deadline within which mediation be completed be extended to accommodate this mediation date.

**SO STIPULATED.**

| Walkup, Melodia, Kelly & Schoenberger | Drinker Biddle & Reath LLP |
|---|---|
| /s/ Spencer Pahlke<br>Spencer Pahlke, Esq.<br>Walkup, Melodia, Kelly & Schoenberger<br>650 California Street, 26th Floor<br>San Francisco, CA 94108<br><br>Attorneys for Plaintiff Zoe Mosko<br><br>Dated:  December 18, 2009 | /s/ Michelle A. Childers<br>Michelle A. Childers, Esq.<br>Drinker Biddle & Reath LLP<br>50 Fremont Street, 20th Floor<br>San Francisco, CA 94105<br><br>Attorneys for Defendant DePuy Orthopaedics, Inc.<br><br>Dated:  December 18, 2009 |

**GOOD CAUSE SHOW, IT IS HEREBY ORDERED:**

The deadline within which the parties to the above-captioned case must be complete mediation has been extended to allow a **February 12, 2010** mediation, or soon thereafter, as necessary to accommodate schedules. .

DATED:   1/4/2010



Honorable Marilyn H. Patel
IT IS SO ORDERED
Judge Marilyn H. Patel