1  MICHELLE A. CHILDERS (SBN #197064)
   michelle.childers@dbr.com
2  MICHAEL P. PULLIAM (SBN #215435)
   michael.pulliam@dbr.com
3  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
4  San Francisco, CA  94105-2235
   Telephone:    (415) 591-7500
5  Facsimile:    (415) 591-7510

6  Attorneys for Defendants
   DePUY ORTHOPAEDICS, INC., DePUY, INC.,
7  and JOHNSON & JOHNSON

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12
   ZOE M. MOSKO,                          Case No. 3:09-cv-01993-MHP
13
                  Plaintiff,              **STIPULATION AND [PROPOSED]
14                                        ORDER OF DISMISSAL WITH
        v.                                PREJUDICE**
15
   DePUY ORTHOPAEDICS, INC., DePUY,
16 INC., and JOHNSON & JOHNSON
   CORP. and DOES ONE through ONE
17 HUNDRED,

18                Defendants.

---

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE                                    CASE NO. 3:09-CV-01993-MHP
SF01/ 686364.1

IT IS HEREBY STIPULATED by and between plaintiff ZOE M. MOSKO and defendants DePUY ORTHOPAEDICS, INC., through their respective counsel that above-captioned matter shall be and is hereby dismissed with prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs and attorney's fees in connection with the above-captioned matter.

**IT IS SO STIPULATED THROUGH COUNSEL OF RECORD**

Dated: May 24, 2010                    DRINKER BIDDLE & REATH LLP

By: /s/ Michelle A. Childers
    Michelle A. Childers

Attorneys for Defendants
DePUY ORTHOPAEDICS, INC., DePUY, INC., and JOHNSON & JOHNSON

Dated: May 24, 2010                    WALKUP, MELODIA, KELLY & SCHOENBERGER

By: /s/ Spencer Pahlke
    Spencer Pahlke

Attorneys for Plaintiff
ZOE M. MOSKO

**ORDER**

**IT IS SO ORDERED.**

Dated: 5/25/2010

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(United States District Court, Northern District of California seal)

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
SF01/ 686364.1

- 2 -

CASE NO. 3:09-CV-01993-MHP

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO